UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>PENNEY OPCO, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00179-AWI-EPG<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(ECF No. 1). |

    Plaintiff Fernando Gastelum is proceeding *pro se* in this action filed against Defendant Penney OpCo, LLC, which Plaintiff alleges operates a "public accommodation" at 1695 Arden Way, Sacramento, California 95815. (ECF No. 1). In the complaint, Plaintiff alleges that Defendant violated the Americans with Disabilities Act and California's Unruh Civil Rights Act. (*Id.* at 1). The alleged violations took place in Sacramento, California, which is located in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division. *See* Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court<br>
Eastern District of California<br>
501 "I" Street, Suite 4-200<br>
Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **February 14, 2022**                              /s/ Eric P. Grojean
                                                          UNITED STATES MAGISTRATE JUDGE