David V. Roth (State Bar No. 194648)
dvr@manningllp.com
Chandra A. Carr (State Bar No. 315259)
czc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
PENNEY OPCO, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>        Plaintiff,<br><br>     v.<br><br>PENNEY OPCO, LLC,<br><br>        Defendant. | Case No. 2:22-cv-00283-KJM-AC<br><br>Hon. Allison Claire<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(ii)**<br><br>*Complaint filed: February 11, 2022* |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: January 6, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Case No. 2:22-cv-00283-KJM-AC

**[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER
OF DISMISSAL WITH PREJUDICE**